UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZLATKO BRUJIC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-3003** |
| **N. BURL CAIN, WARDEN** | **SECTION "C"(5)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that petitioner's request to withdraw his unexhausted denial of appellate review claim, Rec. Doc. No. 17, is **GRANTED**.

**IT IS FURTHER ORDERED** that Zlatko Brujic's federal *habeas corpus* application asserting only his ineffective assistance of counsel claim is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   4th   day of          June          , 2014.

UNITED STATES DISTRICT JUDGE